| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| NAZARETH M. HAYSBERT, ESQ., SBN 294431<br>HAYSBERT & MOULTRIE, LLP<br>700 SOUTH FLOWER STREET<br>SUITE 1100<br>LOS ANGELES, CA 90017<br>*Telephone No:* (310) 213-7142    *FAX No:* (757) 727-5085 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |

| Insert name of Court, and Judicial District and Branch Court: | | | | |
|---|---|---|---|---|
| United States District Court, Central District Of California - Western Division | | | | |
| *Plaintiff:* SAMUEL CALHOUN ARRINGTON, ETC. | | | | |
| *Defendant:* CITY OF LOS ANGELES, ETC.; ET AL. | | | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:15-CV-03759-BRO-RAO |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

| 3. | a. *Party served:*<br>b. *Person served:* | DANIEL RAMIREZ, AN INDIVIDUAL<br>CHERIE PARKER, #N2446, SUBPOENA CLERK, AUTHORIZED TO ACCEPT<br>SERVICE. SERVED UNDER F.R.C.P. RULE 4 |
|---|---|---|

*4. Address where the party was served:*        12312 CULVER BLVD.
                                                 LOS ANGELES, CA 90066

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Sep. 15, 2015 (2) at: 9:38AM

*7. Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. LEON MOORE

    d. *The Fee for Service was:*

    1511 West Beverly Blvd.            e. I am: (3) registered California process server
    Los Angeles, CA 90026                  (i)   Independent Contractor
    Telephone    (213) 250-9111            (ii)  *Registration No.:*    4306
    Fax          (213) 250-1197            (iii) *County:*             Los Angeles
    www.firstlegalnetwork.com

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Tue, Sep. 15, 2015

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (LEON MOORE)<br>*2791985  .haymo.730090* |
|---|---|---|

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| NAZARETH M. HAYSBERT, ESQ., SBN 294431<br>HAYSBERT & MOULTRIE, LLP<br>700 SOUTH FLOWER STREET<br>SUITE 1100<br>LOS ANGELES, CA 90017<br>*Telephone No:* (310) 213-7142     *FAX No:* (757) 727-5085 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California - Western Division | | | | |
| *Plaintiff:* SAMUEL CALHOUN ARRINGTON, ETC. | | | | |
| *Defendant:* CITY OF LOS ANGELES, ETC.; ET AL. | | | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | | | | 2:15-CV-03759-BRO-RAO |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

3.  *a. Party served:*          THERESA SKINNER, AN INDIVIDUAL
    *b. Person served:*       CHERIE PARKER, #N2446, SUBPOENA CLERK, AUTHORIZED TO ACCEPT
                                      SERVICE. SERVED UNDER F.R.C.P. RULE 4

4.  *Address where the party was served:*          12312 CULVER BLVD.
                                                                      LOS ANGELES, CA 90066

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Sep. 15, 2015 (2) at: 9:38AM

**7.  *Person Who Served Papers:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)**
    a. LEON  MOORE

                                                                  d.  *The Fee for Service was:*

    First Legal
    1511 West Beverly Blvd.          e.  I am: (3) registered California process server
    Los Angeles, CA 90026                    *(i)*    Independent Contractor
    Telephone     (213) 250-9111         *(ii)   Registration No.:*     4306
    Fax                 (213) 250-1197         *(iii) County:*                  Los Angeles
    www.firstlegalnetwork.com

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Tue, Sep. 15, 2015*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br> NAZARETH M. HAYSBERT, ESQ., SBN 294431<br> HAYSBERT & MOULTRIE, LLP<br> 700 SOUTH FLOWER STREET<br> SUITE 1100<br> LOS ANGELES, CA 90017<br> *Telephone No:* (310) 213-7142    *FAX No:* (757) 727-5085 | *For Court Use Only* |

*Attorney for:* Plaintiff    *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Central District Of California - Western Division

*Plaintiff:* SAMUEL CALHOUN ARRINGTON, ETC.

*Defendant:* CITY OF LOS ANGELES, ETC.; ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:15-CV-03759-BRO-RAO |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

3.  a. *Party served:*          KEVIN SHAW, AN INDIVIDUAL
    b. *Person served:*        CHERIE PARKER, #N2446, SUBPOENA CLERK, AUTHORIZED TO ACCEPT
                               SERVICE. SERVED UNDER F.R.C.P. RULE 4

4.  *Address where the party was served:*          12312 CULVER BLVD.
                                                   LOS ANGELES, CA 90066

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
       process for the party (1) on: Tue., Sep. 15, 2015 (2) at: 9:38AM

7.  *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. LEON  MOORE

    d.  *The Fee for Service was:*

**First Legal**
1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone    (213) 250−9111
Fax          (213) 250−1197
www.firstlegalnetwork.com

    e.  I am: (3)  registered California process server
        *(i)*     Independent Contractor
        *(ii)*    *Registration No.:*     4306
        *(iii)*   *County:*               Los Angeles

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
    America that the foregoing is true and correct.*
    *Date: Tue, Sep. 15, 2015*

| | |
|---|---|
| *Attorney or Party without Attorney:* <br> NAZARETH M. HAYSBERT, ESQ., SBN 294431 <br> HAYSBERT & MOULTRIE, LLP <br> 700 SOUTH FLOWER STREET <br> SUITE 1100 <br> LOS ANGELES, CA 90017 <br> *Telephone No:* (310) 213-7142    *FAX No:* (757) 727-5085 <br><br> *Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Central District Of California - Western Division

*Plaintiff:* SAMUEL CALHOUN ARRINGTON, ETC.

*Defendant:* CITY OF LOS ANGELES, ETC.; ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 2:15-CV-03759-BRO-RAO |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

*3.  a. Party served:*                 ANAID BEDEVYAN, AN INDIVIDUAL
    *b. Person served:*          CHERIE PARKER, #N2446, SUBPOENA CLERK, AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4

*4.  Address where the party was served:*     12312 CULVER BLVD.
                                            LOS ANGELES, CA 90066

*5.  I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Sep. 15, 2015 (2) at: 9:38AM

*7.  **Person Who Served Papers:***                     *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
    a. LEON MOORE

    d. **The Fee** for Service was:

    **First Legal**
    1511 West Beverly Blvd.
    Los Angeles, CA 90026
    Telephone    (213) 250-9111
    Fax            (213) 250-1197
    www.firstlegalnetwork.com

    e.  I am: (3)  registered California process server
             *(i)*    Independent Contractor
             *(ii)  Registration No.:*     4306
             *(iii)  County:*            Los Angeles

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    *Date: Tue, Sep. 15, 2015*

Judicial Council Form                     **PROOF OF SERVICE**                     **(LEON MOORE)**
Rule 2.150.(a)&(b) Rev January 1, 2007                                              2791993   .haymo.730107

*Attorney or Party without Attorney:*
NAZARETH M. HAYSBERT, ESQ., SBN 294431
HAYSBERT & MOULTRIE, LLP
700 SOUTH FLOWER STREET
SUITE 1100
LOS ANGELES, CA 90017
*Telephone No:* (310) 213-7142    *FAX No:* (757) 727-5085

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California - Western Division

*Plaintiff:* SAMUEL CALHOUN ARRINGTON, ETC.

*Defendant:* CITY OF LOS ANGELES, ETC.; ET AL.

*For Court Use Only*

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | | | | 2:15-CV-03759-BRO-RAO |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES

3. a. *Party served:*         STEVE RUIZ, AN INDIVIDUAL
   b. *Person served:*        CHERIE PARKER, #N2446, SUBPOENA CLERK, AUTHORIZED TO ACCEPT
                              SERVICE. SERVED UNDER F.R.C.P. RULE 4

4. *Address where the party was served:*     12312 CULVER BLVD.
                                            LOS ANGELES, CA 90066

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
      process for the party (1) on: Tue., Sep. 15, 2015 (2) at: 9:38AM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LEON MOORE

   d. *The Fee for Service was:*

   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  *Registration No.:*     4306
       (iii) *County:*               Los Angeles

**First Legal**
1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax         (213) 250-1197
www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.*
   *Date: Tue, Sep. 15, 2015*

Judicial Council Form              PROOF OF SERVICE                    (LEON MOORE)
Rule 2.150.(a)&(b) Rev January 1, 2007                                         2791991    .haymo.730102