# EXHIBIT 1

**INDEX:**

Report of Timothy Williams, Jr.   page 9
Report of Randall C. Epperson, Ph.D.  page 38
Report of Rick Sarkisian, Ph.D.   page 72
Report of Jan Roughan     page 104
Report Stephanie Rizzardi    page 152

NAZARETH M. HAYSBERT [CA SBN 294431]
*nazareth@haysbertmoultrielaw.com*
JAMES L. MOULTRIE III [CA SBN 296805]
*james@haysbertmoultrielaw.com*
**HAYSBERT MOULTRIE, LLP**
555 West Fifth Street, Suite 3145
Los Angeles, California 90013
Tel:  (213) 533-4130
Fax:  (310) 424-7140

*Counsel for Plaintiff Samuel Calhoun Arrington*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CALHOUN ARRINGTON, individually, and through his next best friend, AURELIA CLEO BATTLE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a public entity; DANIEL RAMIREZ, an individual; JAYSON SILLER, an individual; LEO PEREZ, an individual; ROBERT JUAREZ, an individual; STEVE RUIZ, an individual; JIN KWON, an individual; ANAID BEDEVYAN, an individual; KEVIN SHAW, an individual; THERESA SKINNER, an individual; OMAR ORTIZ, an individual; HOOMAN NAFISSI, an individual; INEZ MILLER, an individual; ARTHUR PAINE, an individual; GREGORY ROBERTS, an individual; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-03759-BRO-RAOx <br> Hon. Beverly Reid O'Connell <br> Courtroom 14, Spring Street <br><br> **PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESSES** <br><br> Action Filed:   May 19, 2015 <br> Trial Date:     November 8, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Samuel Calhoun Arrington

("Plaintiff") hereby makes the following expert witness disclosures in accordance

with Rule 26(a)(2) of the Federal Rules of Civil Procedure:

1

**EXHIBIT 1 PAGE 1**

**RETAINED EXPERTS**

1.    <u>Timothy T. Williams, Jr.</u>: T.T. Williams, Jr., Investigations, Inc., 445 South Figueroa Street, Suite 3100, Los Angeles, California 90071; Phone (213) 489-6831; Fax (626) 331- 9283. Report for Plaintiff, statement of compensation, curriculum vitae, and list of published articles and testimonies. **(Exhibit A)**

2.    <u>Randall C. Epperson, Ph.D.</u>: The Damrell Building, 1601 I Street, Suite 440 Modesto, California 95354; Phone (209) 523-0999; Fax (209) 529-9671. rcepperson@sheglobal.net. Report for Plaintiff, statement of compensation, curriculum vitae, and list of published articles and testimonies. **(Exhibit B)**

3.    <u>Rick Sarkisian, Ph.D.</u>: Valley Rehabilitation Services, Inc., 545 E. Alluvial Avenue, Suite 116, Fresno, California 93720-2826; Phone (559) 439-8000; Fax (559) 439-0918; rick@valleyrehab.net. Report for Plaintiff, statement of compensation, curriculum vitae, and statement of testimonies. **(Exhibit C)**

4.    <u>Jan Roughan, B.S.N., P.H.N., R.N., C.R.R.N., C.N.L.C.P., C.C.M.</u>: Roughan & Associates, 114 West Colorado Blvd., Monrovia, California 91016; Phone (626) 303-6333; Fax (626) 303-8080; janr@linc.biz. Report for Plaintiff, statement of compensation, curriculum vitae, and statement of deposition and trial testimonies. **(Exhibit D)**

5.    <u>Stephanie Rizzardi, B.A., M.B.A., C.E.A.</u>: Rizzardi Economic Associates, 2596 Mission Street, Suite 330, San Marino, California 91108; Phone (626) 229-0304; Fax (626) 229-0305; srizzardi@rizzardieconomics.com. Economics Valuation for Plaintiff, curriculum vitae, statement of compensation, and statement of deposition and trial testimonies. **(Exhibit E)**

**EXHIBIT 1 PAGE 2**

## NON-RETAINED EXPERTS

1.     Karl Bandyan, M.D.: Hillview Mental Health Center, Inc., 12450 Van Nuys Blvd, Suite 200, Pacoima, California 91331; Phone (818) 896-1161. Dr. Banyan will testify regarding his personal evaluation of Plaintiff, including his diagnosis of schizophrenia with paranoia, post-traumatic stress disorder ("PTSD"), and polysubstance dependence.  The testimony will discuss the manifestation of Plaintiff's PSTD after the incident with the Los Angeles Police Department that led to the filing of this action.

## RESERVATION OF RIGHT TO SUPPLEMENT

Should new information become known to Plaintiff after this date which shall necessitate supplementing these disclosures, Plaintiff hereby expressly reserves the right to file and serve said supplement(s) consistent with Rules 26(a)(2)(E) and 26(e) of the Federal Rules of Civil Procedure. The absence of any information herein shall not prohibit Plaintiff from filing said supplements at a later date and shall not foreclose Plaintiff from offering that information in the form of evidence at trial, so long as Plaintiff properly supplements as allowed under the Federal Rules of Civil Procedure.

/ / /

/ / /

PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESSES **EXHIBIT 1 PAGE 3**

1    <u>**DISCLOSURES TO BE SERVED BY MAIL TO:**</u>

2     <u>Counsel for Defendants</u>

3     Cory M. Brente, Assistant City Attorney
     Colleen R. Smith, Deputy City Attorney

4     200 North Main Street, 6th Floor

5     City Hall East
     Los Angeles, California 90012

6     Tel: (213) 978-7027

7     Fax: (213) 978-8785

8

9                   Respectfully submitted,

10  DATED: July 29, 2016    **HAYSBERT MOULTRIE, LLP**

11

12             By: _____

13                Nazareth M. Haysbert, Esq.

14                James L. Moultrie III, Esq.
               *Attorneys for Plaintiff Samuel Calhoun*

15                *Arrington*

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# PROOF OF SERVICE

*Arrington v. City of Los Angeles, et al.*, Case No. 2:15-cv-03759-BRO (RAO*x*)

STATE OF CALIFORNIA, County of Los Angeles:

At the time of service, I was over 18 years of age **and not a party to this action**. My business address is 555 West Fifth Street, Suite 3145, Los Angeles, California 90013.

On July 29, 2016, I served the following document: **PLAINTIFF'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESSES.**

I served this document on the persons below:

Cory M. Brente, Assistant City Attorney
Colleen R. Smith, Deputy City Attorney
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213)978-7027
Fax: (213)978-8785
Email: colleen.smith@lacity.org
*Attorney for Defendants City of Los Angeles, Daniel Ramirez, Jayson Siller, Leo Perez, Robert Jaurez, Steve Ruiz, Jin Kwon, Anaid Bedevyan, Kevin Shaw, Theresa Skinner, Omar Ortiz, Hooman Nafissi, Inez Miller, Arthur Paine, Gregory Roberts*

The document was served by the following means:

**[X]    By personal service**. I personally delivered the document to the person at the address listed above. For a party represented by an attorney, delivery was made to the attorney personally.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2016, at Los Angeles, California.

*/s/ Nazareth M. Haysbert*
Nazareth M. Haysbert, Esq.

5

1
2

## PROOF OF SERVICE
Case No. 2:15-C03759

3
4

STATE OF CALIFORNIA, County of Los Angeles:

5
6
7
8

Kathy Chevalier states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is 555 West Fifth Street, Suite 3145, Los Angeles, California 90013.

9

That on July 29, 2016, I served the attached:

10
11

**PLAINTIFF'S RULE 26 (A)(2) DISCLOSURE OF EXPERT WITNESSES**

12
13
14

Upon Interested Party(ies) by placing ☐ the original ☑ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☐ as stated on the attached service list:

15
16
17
18
19

CORY M. BRENTE, Deputy City Attorney
COLLEEN SMITH, Deputy City Attorney
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012

20
21
22
23

☑ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):
☐

24
25

(1)  ☑ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

26
27
28

(2)  ☐ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with the business's practice of collecting and processing correspondence for

1

**EXHIBIT 1 PAGE 6**

mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on July 29, 2016, at Los Angeles, California.


Kathy Chevalier

**(NAME OF DECLARANT)    (SIGNATURE OF DECLARANT)**

2

**EXHIBIT 1 PAGE 7**

# EXHIBIT A

EXHIBIT 1 PAGE 8



**T. T. WILLIAMS JR., INVESTIGATIONS, INC.**
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Phone: (213) 489-6831    Fax: (626) 331-9283
License No. PI 23399   PPO 14771

## EXPERT REPORT OF TIMOTHY T. WILLIAMS, JR.

Re: Samuel Calhoun Arrington v. City of Los Angeles, et al.
    Court Case No.: 2:15-CV-03759-BRO(RAOx)

The following represents my Rule 26 Report in the matter of Samuel Calhoun Arrington v. City of Los Angeles, et al. It is based upon materials submitted to me (enumerated later in report), my education and experiences as it relates to Police Procedures. I have been informed that there may be outstanding discovery in this matter. I therefore reserve the right to amend this report as additional discovery becomes available for my review.

## BACKGROUND AND EXPERIENCE:

1. I am a retired Senior Detective Supervisor from the Los Angeles Police Department (LAPD), last assigned to Robbery-Homicide Division. I was with the Department for twenty-nine years and five months of which over twenty-six years was dedicated to criminal and administrative investigations.
2. I was a detective and detective supervisor in various investigative assignments. My investigative assignments were Robbery, Homicide, Crimes Against Persons, Burglary, Juvenile, Auto Theft, Child Abuse, Sexual Assault, Domestic Violence and Narcotics.
3. I initiated a Domestic Violence Time Management Study for LAPD related to Crimes Against Persons. As a result, the detective functions of LAPD were reorganized, creating a singular focus on Domestic Violence.
4. My administrative investigative assignments were an Adjutant to a Detective Commanding Officer, an Adjutant to the Commanding Officer of Detective Services Group and a three month loan to Internal Affairs Division.
5. As an Adjutant to Detective Services Group, I was given additional responsibility as a subject matter expert for LAPD's Domestic Violence Program, Witness Protection, Hate Crimes and Immigration. I also maintained liaison with the Los Angeles County Superior Court, District Attorney's Office and City Attorney's Office.

**EXHIBIT 1 PAGE 9**

Samuel Calhoun Arrington v. City of Los Angeles, et al.
Page 2

6.  While assigned to Personnel Group, Employee Opportunity and Development Division, I was responsible for representing the Department in its recruitment efforts and teaching physical training classes for candidates who were attempting to join LAPD. I also taught Remedial English for academy recruits.

7.  I was assigned to Foothill Area, Hollywood Area, Southeast Area and 77th Area uniformed patrol, performing patrol and Patrol Training Officer duties.

8.  I taught for approximately fifteen years at Los Angeles City College in the Administration of Justice Department, where I taught investigation and patrol procedures.

9.  In January 2003, I started my private investigation practice conducting civil investigations. Upon my retirement from LAPD on October 13, 2003, I expanded my practice to include criminal investigations. I have consulted and currently consult in several Federal and State cases as it relates to Police Procedure, Use of Force and Domestic Violence issues.

10. I have qualified in State Court as a Police Procedure Expert and Use of Force Expert and in Federal Court as a Police Procedure Expert, Use of Force Expert and Domestic Violence Expert. I have also been deposed as a Police Procedure Expert, Use of Force Expert and Domestic Violence Expert (Exhibit A).

All of my background, experience, education and continuing education pursuits are detailed in my Curriculum Vitae (Exhibit B).

## FEE SCHEDULE

My fee in this matter is $275.00 per hour plus expenses to review all of the material received thus far and prepare this report. I have been compensated with a $4,125.00 retainer fee in this matter. My fee schedule for court testimony/deposition is $275.00 per hour plus expenses (Exhibit C).

## DOCUMENTS REVIEWED:

The following documents were reviewed in preparation for this report:

1.  Complaint for Damages, dated May 19, 2015
2.  Supplemental Initial Rule 26 Disclosure, dated May 31, 2016
3.  Los Angeles Police Department (LAPD) Arrest Report on Samuel Calhoun Arrington, DR No. 14-14-19590, dated July 29, 2014
4.  LAPD Investigative Report for Resisting, DR No. 14-14-20442, dated August 7, 2014

**EXHIBIT 1 PAGE 10**

Samuel Calhoun Arrington v. City of Los Angeles, et al.
Page 3

5. LAPD Arrest Report on Samuel Calhoun Arrington, DR No. 14-14-20442, dated August 7, 2014
6. Letter from the City of Los Angeles to Attorney Nazareth M. Haysbert, re Claim No. C15-3129, dated February 24, 2015
7. Letter from the City of Los Angeles to Samuel Arrington, re Claim No. C15-3129, dated February 24, 2015
8. Claim for Damages to Person or Property, dated February 6, 2015
9. Letter from Attorney Nazareth M. Haysbert to City of Los Angeles, Office of the City Clerk, re Samuel Calhoun Arrington, dated February 6, 2015
10. Boardwalk Beating: "Worse Than Rodney King" news article, dated May 27, 2016
11. LAPD News Release, dated April 23, 2015 and August 11, 2014
12. City of Los Angeles Fire Department Ambulance Services Report, date of service July 29, 2014
13. Los Angeles Fire Department, Prehospital Care Report Summary, dated July 29, 2014
14. City of Los Angeles Fire Department Ambulance Services Report, date of service August 7, 2014
15. Los Angeles Fire Department, Prehospital Care Report Summary, dated August 7, 2014
16. Marina Del Rey Hospital Medical Records for Samuel Arrington July 29, 2014 Incident
17. Neuropsychological Evaluation of Samuel Calhoun Arrington, by Randall C. Epperson, Ph.D., dated June 10, 2016
18. Supplemental Report to the Neuropsychological Evaluation of Samuel Calhoun Arrington by Randall C. Epperson, Ph.D., dated June 14, 2016
19. Valley Rehabilitation Services, Inc., Vocational Rehabilitation Consultation Report by Rick Sarkisian, Ph.D., dated June 14, 2016

SUMMARY:

On July 29, 2014, LAPD Pacific Beach Patrol Officers Ortiz, Serial No. 40057, Ramirez, Serial No. 40185, Martin, Serial No. 40451 and Ruiz, Serial No. 39574 responded to a radio call involving a Battery Investigation at Sunset and Ocean Front Walk in the City and County of Los Angeles. Upon arrival the officers were met by Ehron Sidel who stated that he looked outside his bedroom window and allegedly heard/saw Samuel Arrington, Plaintiff, yelling very loud. Mr. Sidel allegedly left his residence and approached the Plaintiff asking him to keep the noise down. The Plaintiff, who was seated, allegedly got up and approached Mr. Sidel and raised his right fist at which time Mr. Sidel returned to his residence. Sometime later, Mr. Sidel allegedly heard the Plaintiff yell again and called the police.

**EXHIBIT 1 PAGE 11**

Samuel Calhoun Arrington v. City of Los Angeles, et al.
Page 4

The aforementioned officers approached the Plaintiff who was sitting down at the pagodas at Ocean Front Walk and Sunset, and allegedly got up and walked away from the officers. Officer Ramirez allegedly told the Plaintiff that he was being detained for a possible Battery. The Plaintiff told the officers that he did nothing wrong and that he was praying to Jehovah. The Plaintiff allegedly walked away again toward the sand on the beach at which time Officer Martin placed a firm grip on the Plaintiff's right arm at the elbow and the wrist and Officer Ruiz placed a firm grip on the left arm at the elbow and wrist. The Plaintiff allegedly attempted to pull away from Officers Martin and Ruiz at which time Officer Ramirez place a firm grip on the Plaintiff's left arm assisting Officer Ruiz in placing the Plaintiff's left hand behind his back. Officer Ramirez than assisted Officer Martin in placing the Plaintiff's right hand behind his back. Officer Ortiz then grabbed his Taser warning the Plaintiff if he continued resisting that he would be tased. The Plaintiff was subsequently taken to the ground. Officer Ramirez placed his left knee on the Plaintiff's right thigh, Officer Ortiz placed his right knee on the Plaintiff's left thigh using a wrist lock on the Plaintiff's left wrist and handcuffing the left wrist. Officer Martin handcuffed the Plaintiff's right wrist. Officer Ortiz crossed the Plaintiff's legs with the assistance of Officer Ramirez. Officer Ramirez subsequently hobbled the Plaintiff's legs and placed him is a seated position with no further use of force applied by the officers.

On August 7, 2014, Pacific Area Beach Patrol Officers Leo Perez, Serial No. 36826 and Jayson Siller, Serial No. 38711 were working foot beat in the area of Ocean Front Walk, between Navy Street and Breeze Avenue in the City and County of Los Angeles. Officers Perez and Siller allegedly observed the Plaintiff sitting in the area of Ocean Front Walk and Sunset Avenue allegedly voicing his religious beliefs and being in violation of several Los Angeles Municipal Code (LAMC) violations. These LAMC violations allegedly included an umbrella not properly secured and not being of the proper diameter, vending outside of a designated space, use of city property for vending, property outside of designated space and tampering with city property. Officers Perez and Siller allegedly advised the Plaintiff of the LAMC violations, giving him a verbal warning to stop the violations. The officers continued their foot beat patrol. Approximately 45 minutes later, Officers Perez, Siller, Ramirez and Robert Juarez, Serial No. 40041, returned to the Plaintiff's location and allegedly found him still in violation of the aforementioned LAMC violations. Officer Siller advised the Plaintiff that he was going to be issued a citation for being in violation of the LAMC sections, and requested another unit and a supervisor to his location. Officers Anaid Bedevyan, Serial No. 40755, Omar Ortiz, Serial No. 40057, Hooman Nafissi, Serial No. 40832, Inez Miller, Serial No. 38702 and Sergeant Theresa Skinner, Serial No. 31142 responded to Plaintiff's location. Sergeant Skinner advised the Plaintiff that if he did not sign the citation, he would be arrested. The Plaintiff allegedly refused to sign the citation for being in violation of several LAMC codes and Sergeant Skinner advised the officers to arrest the Plaintiff.

**EXHIBIT 1 PAGE 12**

Samuel Calhoun Arrington v. City of Los Angeles, et al.
Page 5


Officers Siller and Ramirez ordered the Plaintiff to his feet and he allegedly refused to comply. Officers Siller and Ramirez then grabbed the Plaintiff's arms and the Plaintiff allegedly broke the hold the officers had on his arm. At this point, Sergeant Skinner requested additional units and Officers Ruiz, Jin Kwon, Serial No. 38747, Kevin Shaw, Serial No. 36743, Arthur Pain, Serial No. 39610 and Gregory Robert, Serial No. 39616 arrived at Plaintiffs location. Officers Bedevyan and Perez approached the Plaintiff and were able to move him out of his chair and place him in a sitting position on the ground. It is alleged that Officers Siller, Ramirez, Bedevyan and Perez were unable to overcome the Plaintiff's resistance which resulted in Officer Juarez deploying his Taser, striking the Plaintiff in the abdomen. Officer Juarez activated his Taser a total of five times on the Plaintiff. While the Plaintiff was on the ground, Officer Ramirez punched the Plaintiff twice in the head with his closed fist. A hobble restraint device was used to secure the Plaintiffs feet and Officers Perez and Ruiz handcuffed him where he was subsequently placed into a police vehicle.


**FINDINGS:**

1. On the July 29, 2014 arrest of the Plaintiff, Officer Ortiz and Ramirez approached the Plaintiff with the alleged allegation of a battery against Mr. Sidel. In my review and analysis of the discovery I received in this matter, the crime of battery on Mr. Sidel was never committed by the Plaintiff. Battery is defined as a willful and unlawful use of force or violence upon the person of another. If Officers Ortiz and Ramirez had conducted a proper preliminary investigation, they would have determined that the Plaintiff never committed a battery and that there was no probable cause to detain him for the crime of battery.

2. Due to the crime of battery not being committed by the Plaintiff upon the person of Mr. Sidel, coupled with the lack of probable cause to detain him for the crime of battery, the subsequent use of force upon the plaintiff should not have happened. It is my opinion the Plaintiff being taken to the ground by Officers Martin, Ortiz and Ruiz and Officer Ramirez placing his knee on the Plaintiff's right thigh and Officer Ortiz placing his right knee on the Plaintiff's thigh with their body weight, was objectively unreasonable and excessive force.

3. I found the incident of August 7, 2014 problematic in that from my analysis of the discovery I received ,there were a total of 13 officers on scene plus a supervisor for alleged LAMC code violations by the Plaintiff. Due to the amount of officers present, there was no need for the amount of use of force that was used to arrest the Plaintiff for LAMC code violations. It is my opinion that Officer Juarez tasing the Plaintiff five times, officers placing their body weight on the Plaintiff while he was on the ground and Officer Ramirez punching the Plaintiff while he was on the ground twice in the head with his closed fist was objectively unreasonable and excessive force.

**EXHIBIT 1 PAGE 13**

Samuel Calhoun Arrington v. City of Los Angeles, et al.
Page 6

4.  In my review and analysis of the aforementioned incidents, it is clear that the Plaintiff was suffering from aspects of mental illness.  LAPD officers and supervisors violated Department policy and procedure on July 29, 2014 and August 7, 2014 in dealing with the Plaintiff.  LAPD policy and procedure in dealing with mentally ill persons state in part that where a person is suspected of being mentally ill, officers shall without delay contact Mental Evaluation Unit (MEU) for advice on handling, placement, transportation or arrest of the individual.  If this policy and procedure were followed, this would have eliminated the use of force that was experienced.

I declare under penalty of perjury, that the above expressed expert opinions are clearly based on recognized standards coupled with my education, background and experience as it relates to Police Procedures and Use of Force Procedures.

Executed on this day, June 20, 2016, in the County of Los Angeles and the State of California.


Timothy T. Williams, Jr.

EXHIBIT 1 PAGE 14

EXHIBIT A

EXHIBIT 1 PAGE 15



**T. T. WILLIAMS JR., INVESTIGATIONS, INC.**
445 South Figueroa Street, Suite 3100
Los Angeles, California 90071
Phone: (213) 489-6831    Fax:  (626) 331-9283
License No. PI 23399   PPO 14771

## CASES TESTIFIED BY TRIAL/DEPOSITION

People v. Derrick Thompson – SA051591 – Testified January, 2005

People v. Johnny Santos Garcia - TA078462 – Testified December 2005

People v. Kenneth Boyle – BA281610 – Testified June, 2006

People v. Doheen Pratt – VJ28671 – Testified September, 2006

Robert Mulder v. Pilot Air Freight – BC212980 – Deposed September, 2006

People v. Lionel Bowden – TA083155 – Testified November, 2006

People v. Kim McMurray – BA295500 – Testified March, 2007

People v. Gregory Gadlin – BA165439 – Testified March, 2007

People v. Joseph Dixon – BA165439 – Testified May, 2007

People v. Adrian Morgan – PA054655 – Testified June, 2007

People v. Kim McMurray – BA295500 Testified June 2007

People v. James Walker – TA080275 – Testified July, 2007

People v. Kim McMurray BA295500 – Testified August, 2007

Winston Hayes v. County of Los Angeles – TC019917 – Deposed December, 2007

People v. Thomas Sampson – BA279391 – Testified January, 2008

LaQuon Anderson v. City of Long Beach – 067911GAF (PJWx) – Deposed January, 2008

Winston Hayes v. County of Los Angeles – TC019917 – Testified February, 2008

**EXHIBIT 1 PAGE 16**

Cases Testified by Trial/Deposition
Page 2

Nathaniel Willingham v. City of San Leandro – C06-3744 (MMC) – Deposed February, 2008

People v. Jerry Jackson – BA326465 – Testified March, 2008

People v. Darrell Hunter – SC097312A (Marin County, California) – Testified April, 2008

People v. Danny Harley – TA091593 – Testified April, 2008

People v. Ricky Lance Harvey – BA305184 – Testified April, 2008

Adelaida Angela Aguilar v. City of Whittier; City of Whittier Police Department – CV07-03260 GW (AGRx) – Deposed May, 2008

Nathaniel Willingham v. City of San Leandro (Alameda County, California) – C063744 (MMC) – Testified May, 2008

Michael Gorman v. City of Long Beach – BC362280 – Deposed June 2008

Michael Gorman v. City of Long Beach – BC362280 – Testified June, 2008

People v. Quashaun Lee – BA305184 – Testified August, 2008

People v. Justin Landry – KA083269 – Testified September, 2008

Jane Doe et al., v. Bill Franklin Dickenson, the City of Phoenix and the Alhambra School District – CV07-01998-PHX-ROS (Phoenix, Arizona) – Deposed November 2008

Keisha Taylor v. County of Los Angeles – TC019691 – Testified November 2008

People v. Anthony Chandler – BA326465 – Testified November 2008

People v. Elvis Garnett – 8WA01569 – Testified November 2008

Philip Markowitz v. City of Los Angeles; City of Pasadena – BC379354 – Deposed December 2008

Keith Chung v. City of Los Angeles – CV07-7379 AHM (VBKx) – Deposed January 2009

**EXHIBIT 1 PAGE 17**

Cases Testified by Trial/Deposition
Page 3

Tesha Taylor-Ewing v. City of Los Angeles – CV07-5556 GHK (JWJx) – Deposed January 2009

United States v. George Torres, et al. – 06-656-SVW – Testified April 2009

People v. Terry Stone – 8MP15027 – Testified April 2009

Michael Kevin Clark v. City of Los Angeles, et al. – CV 08-08420 SVW (PLAx) – Deposed May 2009

People v. Vernon Bell – YA072453 – Testified May 2009

Joseph Tsimi v. City of Los Angeles, et al. – BC393056 – Deposed July 2009

People v. Ernest Moore – NA077588 – Testified July 2009

Daniel Gonzales v. City of Simi Valley, et al. – 56-2007-00305454-CU-OE-VTA – Testified July 2009

Joseph Tsimi v. City of Los Angeles, et al. – BC393056 – Testified August 2009

Ramel Henderson v. City of San Diego, et al. – 08cv1491 JLS (JMA) – Deposed September 2009

Zachariah Judson Rutledge v. County of Sonoma, et al – CV 07-04274 CW – Deposed September 2009

Javier Morales-Hernandez v. City and County of Los Angeles – BC376301 – Deposed October 2009

Walter Lancaster v. City of Inglewood – YC056190 – Deposed October 2009

Walter Lancaster v. City of Inglewood – YC056190 – Testified October 2009

People v. Ramon Chavez – GA059421 – Testified November 2009

Michael Greer v. City of Long Beach – NC051963 – Deposed February 2010

Laura Michelle Cox v. City of Los Angeles – BC394010 – Deposed February 2010

Lisa Champagne v. City of Phoenix – CV2008-012995 – Deposed February 2010

EXHIBIT 1 PAGE 18

Cases Testified by Trial/Deposition
Page 4


Michael Greer v. City of Long Beach – NC051963 – Testified March 2010

Fred Parker v. City of Santa Ana – SACV08-00177 CJC (RNBx) – Deposed March 2010

Gail Slotkin v. City of Beverly Hills – BC411751 – Deposed May 2010

Irma Miranda v. County of Los Angeles – BC397873 – Deposed August 2010

Francisco Perez v. City of Indio – INC075065 – Deposed August 2010

People v. Ulisses Reyna – PJ45676 – Testified August 2010

Javier Morales Hernandez v. City of Los Angeles – BC376301 – Testified September 2010

Arnoldo San Jose, et al. v. City of Los Angeles, et al. – CV09-1823AHM(VBKx) – Deposed September 2010

Arnoldo San Jose, et al. v. City of Los Angeles, et al. – CV09-1823AHM (VBKx) – Testified November 2010

People v. David Green – BA315768 – Testified November 2010

Michael Smith and Timothy Gantt v. City of Los Angeles, et al. – CV08-05979 ODW (JWJx) – Deposed November 2010

Laura Michelle Cox, et al. v. City of Los Angeles, et al. – BC394010 – Testified November 2010

Sandra L. Sachs v. County of Los Angeles, et al. – CV 09-8500 PSG (JC) – Deposed January 2011

Omar Hurtado, et al. v. City of Los Angeles, et al. – CV 07-03101 (PJW) Deposed January 2011

People v. William Richardson – BA365748 – Testified February 2011

Deborah Glanville v. Northrop Grumman Corporation, et al. – BC415856 – Deposed February 2011

Mary Welch v. City of Long Beach, et al. – NC053847 – Deposed March 2011

**EXHIBIT 1 PAGE 19**

Cases Testified by Trial/Deposition
Page 5


David Castro, Sr. and David Castro, Jr. v. State Farm Mutual Automobile Insurance
Company – 10-CV-1001 MV/KBM – New Mexico – Deposed April 2011

Mary Welch v. City of Long Beach, et al. – NC053847 – Testified May 2011

Efrain Ornelas, et al v. City of Pomona, Chief Joe Romero, et al – CV09-6374 DMG
(CTx) – Deposed May 2011

People v. Anthony Brown – BA 360070 – Testified May 2011

Alejandra Hurado et al. v. City of Los Angeles, et al. – BC410704 - Testified June 2011

Jose Patino v. Los Angeles Unified School District, et al – BC430225 – Deposed June
2011

People v. Richard Jenkins – YA 079874 – Testified August 2011

Joseph Wolf v. City of Los Angeles, et al. – CV 10-04114-MMM (JCx) – Deposed
August 2011

People v. David Green – BA315768 - Testified August 2011 and September 2011

People v. Harold L. Gray – BA380364 – Testified October 2011

Jose Patino v. Los Angeles Unified School District – BC430225 – Testified November
2011

Luis Sandoval v County of Los Angeles, et al. – CV10-3690 JAK (JCGx) – Deposed
November 2011

Israel Cole v. County of Los Angeles, et al. – CV 10-7344 PSG (FFMx) – Testified
December 2011

Luis Sandoval v. County of Los Angeles, et al. – CV 10-3690 DSF (JCGx) – Testified
December 2011

People v. Oscar Garcia – TA118107 – Testified December 2011

Freddy Rodriguez v. City of Los Angeles, et al. – BC446942 – Deposed January 2012

Fernando Cortez, III, et al. v. County of Los Angeles, et al. – CV 10-00169 CAS (RZx) -
Deposed February 2012

**EXHIBIT 1 PAGE 20**

Cases Testified by Trial/Deposition
Page 6


People v. Frank Williams – BA389699 – Testified March 2012

People v. Sesmon Sweat – BA383206 – Testified April 2012

People v. Frank Williams – BA389699 – Testified April 2012

People v. Roy Galvin – BA381625 – Testified April 2012

People v. Anthony Parker – BA329920 – Testified May 2012

Luis Sandoval v. County of Los Angeles – CV10-3690 JAK (JCGx) – Testified May 2012

Derrick Simpson, Sr. v. County of Los Angeles – TC025257 – Deposed May 2012

Irma Miranda, et al v. County of Los Angeles, et al. – BC397873 – Testified August 2012

People v. Faalangia Mativa – TA119905 – Testified August 2012

People v. Jaimes Lawler – KA096241 – Testified November 2012

People v. James Logan – BA398520 – Testified January 2013

People v. Steven Pilcher - BA 395885 – Testified March 2013

Shahram Salimitari v. County of Los Angeles – PC051113 – Deposed April 2013

Derrick Simpson, Sr. v. County of Los Angeles – TC025257 – Deposed April 2013

Derrick Simpson, Sr. v. County of Los Angeles – TC023257 – Testified May 2013

Khalil F. Muhammad v. County of Los Angeles – BC475659 – Deposed May 2013

People v. Tommy George – PA071607 – Testified May 2013

People v. Stevie Cardenas – BA378694 – Testified June 2013

People v. Graham Pereira – BA404847 – Testified June 2013

Caramad Conley v. City and County of San Francisco, et al. – 12-cv-00454-JCS – Deposed July 2013

**EXHIBIT 1 PAGE 21**

Cases Testified by Trial/Deposition
Page 7


Darrell Hunter v. City and County of San Francisco, et al. – 3:11-cv-04911-JSC –
Deposed July 2013

Darrell Hunter v. City and County of San Francisco, et al. – 3:11-cv-04911-JSC –
Testified August 2013

Sherwin Williams v. City of Pasadena, et al. – BC477905 – Deposed September 2013

Rhonda Minter, et al. v. City of San Pablo, et al. – C12-02905 JSCBC 428196 –
Deposed November 2013

People v. Robert Pickett – YA081212 – Testified November 2013

Dorothy Jean Sams, et al. v. City of Los Angeles, et al. – CV 12-1795-PLA – Deposed
December 2013

Mark A. Nava, et al. v. City of Shafter, et al. – 1:12-cv-00010-AWI-JLT – Deposed
January 2014

Sherwin Williams v. City of Pasadena, et al. – BC477905 – Testified February 2014

Rhonda Minter, et al. v. City of San Pablo, et al. – C12-02905 JSCBC 428196 -
Testified April 2014

Jesus Lopez v. City of Imperial, et al. – 13-0597-BEN(WVG) – Deposed April 2014

People v. Jorge Ismael Castro – 2013-00-0060312 – Testified May 2014

People v. James Williams – BA403093 – Testified October 2014

People v. Jose Nunez – TA133490 – Testified October 2014

People v. Rogelio Reyes – 2011006266 – Testified October 2014

Garrett Bondaug v. City of Santa Clara, et al. – 1-12-CV-238152 - Deposed January 2015

Garrett Bondaug v. City of Santa Clara, et al. – 1-12-CV-238152 –
Testified January 2015

Mahnoosh Maleki, et al. v. County of Los Angeles, et al. – BC461629 –
Testified January 2015

**EXHIBIT 1 PAGE 22**

Cases Testified by Trial/Deposition
Page 8


People v. Mark Norwood – BA407017 – Testified February 2015

People v. Antone Priester – BA415213 – Testified February 2015

Eder G. Herrera v. City of Brea, et al. – SACV 12-01650 SS - Deposed March 2015

Mary Lou Gonzales v. City of San Jose, et al. – 4:13 CV 00695 PJH –
Deposed April 2015

People v. Lenard Curtis – BA357645 – Testified May 2015

Kong Meng Xiong, et al. v. City of Merced, et al. – 1:13-cv-00083-SKO; 1:13-cv-00111-
SKO – Deposed May 2015

People v. Randall Allen – BA424321 – Testified June 2015

Aliesther Jacobo-Esquivel v. Dustin Hooker, et al. – CV 2014-01781-PHX-GMS –
Deposed June 2015

Nigel Smith, et al. v. City of Los Angeles, et al. – CV14-08809 PA (FFMx) -
Deposed June 2015

Daniel Larsen v. City of Los Angeles, et al. – CV12-043922GAF (AJWx) – Deposed
August 2015

People v. Tracy Jones – 4NW02479 – Testified August 2015

Kong Meng Xiong, et al. v. City of Merced, et al. – 1:13-CV-00083-LJO-SKO –
Testified September 2015

Kim Nguyen v. City of Los Angeles, et al. – BC513892 – Deposed October 2015

RoDonna LaFfitte, et al. v. County of Los Angeles, et al. - BC526786 –
Deposed October 2015

Roy Galvan v. City of Los Angeles, et al – CV14-00495 CAS (AJWx) –
Deposed November 2015

Donelda Amie, et al. v. County of Los Angeles, et al. – CV14-4330 DMG (PLAx) –
Deposed January 2016

Aloni Bonilla v. C.H.P., et al. – CV14-2174-BRO (JPRx) – Deposed January 2016

**EXHIBIT 1 PAGE 23**

Cases Testified by Trial/Deposition
Page 9


People v. Anthony Sanders – BA337648 – Testified January 2016

Annette Aguilar v. City of Azusa, et al. – 2:14-CV-09183-GW (JPRx) – Deposed January 2016

People v. Anthony Sanders – BA337648 – Testified February 2016

Philip Markowitz v. City of Los Angeles – BC379354 – Testified March 2016

People v. Jesse Alan Tucker – PA082930 – Testified May 2016

People v. Lonnie Franklin – BA382700 – Testified May 2016

EXHIBIT 1 PAGE 24

EXHIBIT B

EXHIBIT 1 PAGE 25

# TIMOTHY T. WILLIAMS, JR.

T.T. Williams, Jr., Investigations, Inc.
445 South Figueroa Street, Suite 3100
Los Angeles, CA 90071
Office: (213) 489-6831   Fax: (626) 331-9283

## CURRICULUM VITAE

## PROFILE

- Owner, CEO of T. T. Williams, Jr., Investigations, Inc., a Private Investigations Firm.
- Goal-oriented, proactive problem solver with over 29 years of active law enforcement management expertise in the Los Angeles Police Department, a 12,000 member employee organization
- Proven leadership skills.  Recipient of numerous professional and civic awards for outstanding service.
- Experienced trainer; posses over 38 years in design, development, implementation and instruction of seminar and classes.
- Strong interpersonal skills.  Sensitive to the needs of the organization, employees and community.
- Outstanding oral and written communication skills.
- Strong public and media relations capabilities.
- Demonstrated ability to make decisions.  Proven strategic thinker.

## OUTSTANDING ACHIEVEMENTS

- Founder of T. T. Williams, Jr., Investigations, Inc., a Private Investigations Firm.
- Initiated a Domestic Violence time management study for the Los Angeles Police Department related to Crimes Against Persons.  As a result, reorganized the Detective functions on the Los Angeles Police Department, creating a singular focus on domestic violence.
- Assumed position of Adjutant as a result of strong human resource administrative skills.  Was given administrative control over city-wide detective functions.  Administrative control and subject matter expert over the Los Angeles Police Department Domestic Violence Program.
- Human resources administrator, recommending appropriate risk management and disciplinary actions according to current policy.
- Implemented bi-monthly Adjutant meetings to improve communication and productivity.  Acted as liaison between the District Attorney's Office, City Attorney's Office and the Los Angeles County Courts.  Tracked special projects and resolved problems.
- Managed more than 3,000 – 4,000 sworn and civilian officers in Southern California for the Oscar Joel Bryant (OJB) Police Officers Association/Foundation.  Directed 13 Executive Board and 13 Board of Directors.
- Past board member of the National Black Police Officers Association with management responsibility for 30,000 – 40,000 member's nationwide.

**EXHIBIT 1 PAGE 26**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 2

- Published monthly OJB Association/Foundation Newsletter, which had national and international readership.
- Past Chairperson of the Los Angeles Police Department Affirmative Action Advisory Committee. Instrumental in designing and implementing an effective policy that opened upward mobility opportunities for a diverse employee base. Established a proactive policy in 1984 that is still in use.

## COMMUNITY RELATIONS (Partial List)
- Awarded the 1993 Pinnacle Award for achieving business and professional excellence. Received national recognition as 1 of 30 selected for this honor presented by the Gillette Corporation and Being Single Magazine (a national and international publication).
- Implemented a Domestic Violence Program successfully in 1991. Awarded the 1992 Los Angeles City Council Certificate of Commendation for outstanding effort on the project. Honor presented in a citywide televised special City Council meeting.
- Founded OJB Foundation in 1981. Established organization to annually collect donations. Since inception, awarded over $100,000 in scholarship funds to more than 100 South Los Angeles area high school students.
- Conducted OJB recruitment drives seeking law enforcement candidates. Regularly held forums and workshops in the community.
- Initiated a Neighborhood Watch Program in South Central Los Angeles that significantly bridged the gap between the community and the police department. Recognized by community for efforts.
- Competed for and received a Criminal Justice Planning Grant of $24,000 annually to be used by OJB Foundation for reducing the crime of burglary in South Central Los Angeles. Showed decrease in burglaries by seven percent.

## FISCAL
- Created and managed budgets for own private investigations firm.
- Managed budget centers for citywide detective divisions (over $3 million annually). Provided cost reduction recommendations to minimize expenditures.
- Administered budgets for the following cost centers: Training and Development; Newsletter publication; Scholarships; Travel; Clerical Support; Benevolence Fund and Promotional Workshops while serving as Manager of OJB.

## EXPERIENCE
May 13, 1974 – October 13, 2003

1974 – 1975 *Los Angeles Police Academy Training – Recruit*
- Foothill Division - Uniformed Patrol

1975 – 1976 *Hollywood Division – Uniformed Patrol*

**EXHIBIT 1 PAGE 27**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 3

1976 – 1978 *Employee Opportunity Development Division*
- Recruited Police Officers for the Los Angeles Police Department
- Taught Remedial English for Los Angeles Police Department Recruits
- Taught Physical Training classes to Police Candidates for the Los Angeles Police Department
- Public Speaking engagements representing the Los Angeles Police Department

1978 – 1979 *Southeast Division – Uniformed Patrol*

1979 – 1979 *77th Division – Uniformed Patrol (three months)*

1979 – 1983 *77th Detective Division – Detective*
- Burglary Section
- Juvenile Section
  - Juvenile J-Car
- Crimes Against Person Section
- Auto Theft Section
- Homicide Section

1983 – 1983 *Southwest Detective Division (five months) – Detective*
- Juvenile Section
- Robbery Section

1983 – 1987 *Juvenile Division – Detective*
- Abused Child Unit
  - Homicide
  - Sexual Abuse
  - Physical Abuse
- Juvenile Narcotics Unit

1987 – 1994 *Southwest Detective Division – Detective / Detective Supervisor*
- Juvenile Unit
- Crimes Against Person Unit
- Supervisor of the Domestic Violence Unit
- Internal Affairs Division (three month loan)
- Adjutant for Southwest Detective Division
- Supervised administrative and fiscal functions

**EXHIBIT 1 PAGE 28**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 4

1994 – 1999 *Detective Services Group (Adjutant) – Senior Detective Supervisor*
- Managed budget (over $3 million annually) for citywide Detective Divisions
- Administrative control over citywide Detective Functions
- Administrative control and subject matter expert over the Los Angeles Police Department Domestic Violence Program

1999 – 2003 *Robbery Homicide Division – Senior Detective Supervisor*
- Robbery Investigations
- Kidnap Investigations
- Homicide Investigations
- Citywide live line-ups

2003 – Present
CEO, T. T. Williams, Jr., Investigations, Inc.
- Criminal Investigations
- Civil Investigations
- Background Investigations
- Discrimination Investigations
- Sub Rosa / Surveillance

**TEACHING**
Taught for approximately fifteen years at Los Angeles City College, Los Angeles, California. Taught Patrol Procedures and Investigative Procedures, in the Administration of Justice Department.

**EDUCATION / TRAINING**
- California College of Law – Completed one year of law school
- California State University at Los Angeles – Completed four years of undergraduate study – course work in major completed
- Attended University of Southern California Executive Breakfast Series for 1993 and 1995.
- Graduate of Police Officer Standards and Training (P. O. S. T.), Supervisory Leadership Institute, Class 53
- Graduate of West Point Leadership Program, July 13, 1998.

**EXHIBIT 1 PAGE 29**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 5

1976 - Advanced Officer Training – 40 hours
1978 – Equal Employment Opportunity (EEO) Representative School – 8 hours
1978 - FBI Instructor Development – 40 hours
1978 - Shooting Policy Seminar – 4 hours
1978 - Juvenile Procedures School – 24 hours
1979 – Defense Representative School – 8 hours
1980 – Basic Detective School – 120 hours
1980 – Side Handle Baton Training 24 inch – 8 hours
1981 – Homicide School – 24 hours
1984 – Juvenile Justice Update – 40 hours
1985 – Network Communication System – 16 hours
1986 – Advanced Field Officers Course – Domestic Violence – 24 hours
1987 – MDT / DFAR School – 8 hours
1987 – Side Handle Baton – Update Certification – 2 hours
1989 – Auto Theft Investigation – 24 hours
1989 – CJIS/NCIC Mandated Training – 2 hours
1990 – Stolen vehicle recovery network – 4 hours
1991 – Missing person training – 2 hours
1991 – SIDS training – 2 hours
1991 – Advanced field officer course – Tactical Awareness – 24 hours
1992 – Gang awareness school – 8 hours
1993 – CJIS/NCIC mandatory re-training – 1 hour
1993 – Detective Supervisor – 80 hours
1993 – Civil Unrest Response Training Phase 1 – 8 hours
1993 – Civil Unrest Response Training Phase 2 – 8 hours
1994 – Affirmative Action For Supervisors – 4 hours
1994 – Leadership Update – 4 hours
1995 – Supervisory Update Course – 24 hours
1995 – Sexual Harassment – 3 hours
1995 – Bloodborne and airborne pathogen – 3 hours
1995 – Bloodborne/Airborne pathogen – 4 hours
1995 – 1995 CLETS NCIC re-training – 1 hour
1996 – Supervisory Leadership Institute – 192 hours
1996 – Cultural Awareness – 8 hours
1996 – Standardized emergency management system training – 16 hours
1996 – Community police problem solving – 8 hours
1996 – Polaroid domestic violence training – 3 hours
1996 – Cultural awareness – gay/lesbian community – 2 hours
1996 – Network communications (LANS) – 16 hours
1997 – Affirmative Action for supervisors – 2 hours
1997 – RIPP Hobble restraint device – 2 hours

**EXHIBIT 1 PAGE 30**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 6

1997 – Internal discipline report format training – 2 hours
1997 – Arrest & control techniques – 8 hours
1998 – West Point Leadership Program – 136 hours
1998 – Injury identification in domestic violence cases – 2 hours
1998 – Preventing work place violence – 2 hours
1998 – Ethical Decision Making – 2 hours
1998 – Injury identification in domestic violence cases – 2 hours
1998 – CCHRS (LANS) – 4 hours
1998 – 21st Century crime control – 8 hours
1998 – 1997-1999 CLETS/NCIC training – 1 hour
1999 – Cultural division tools for tolerance – 8 hours
1999 – CCHRS (LANS) – 4 hours
2000 – Civil service rules for supervisors – 4 hours
2000 – 1999-2001 CLETS/NCIC training – 1 hour
2000 – Sexual Harassment – 2 hours
2000 - Legal actions involving police officers: Criminal/Civil – 2 hours
2000 – Homicide/death investigation – 2 hours
2000 - Tactical Communications – 2 hours
2000 - Elder Abuse – 2 hours
2000 – 21st Century crime control seminar – 8 hours
2000 - Elder Abuse – 2 hours
2000 - Victim Contact Skills – 2 hours
2001 – Field Officer updates – 8 hours
2001 – Firearms/tactical handgun – 8 hours
2001 – Officer rapid deployment – 8 hours
2001 – Terrorism Awareness – 2 hours
2001 – Field data capture training – 2 hours
2001 – Officer safety/field tactics – 8 hours
2002 – Officer safety/field tactics – 8 hours
2002 – Electronic surveillance course/wiretap – 8 hours
2002 – 2001-2003 CLETS/NCIC training – 1 hour
2002 – Consent decree source document training – 4 hours
2002 – Managing workplace conflict – 8 hours
2003 – Mental illness update – 4 hours
2003 – Weapons of mass destruction – 8 hours
2003 – Field data capture report update – 2 hours
2004 – Capital Case Defense Seminar – 25 hours
2004 – California Association of Licensed Investigations Continuing Education – 7 hours
2004 – California Association of Licensed Investigations Continuing Education – 15 hours
2005 – Capital Case Defense Seminar – 25 hours
2005 – Terrorism/ Weapons of Mass Destruction – 4 hours

**EXHIBIT 1 PAGE 31**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 7


2005 – Liability/ Legal Issues – 4 hours
2005 – California Attorneys for Criminal Justice – Legal updates – 24 hours
2006 – Capital Case Defense Seminar – 25 hours
2006 – The Validity of Fingerprint and Ballistics Evidence – 2 hours
2006 – Recent Trends Involving the Law of Arrest, Search and Seizure – 6 hours
2006 – Detecting Deception and Eyewitness Identification Procedures – 8 hours
2006 – National Black Police Association International Education and Training Conference –
         24 hours
2007 – Capital Case Defense Seminar – 21.50 hours
2007 – Expert Witness Summit – 22 hours
2007 – National Expert Witness Association Conference – 21.50 hours
2008 – Capital Case Defense Seminar – 21.50 hours
2008 – Expert Witness Summit – 16 hours
2009 – Legal Recipes for Successful Expert Consulting – 1 hour
2009 – National Expert Witness Association Conference – 19 hours
2009 – Expert Witness Pitfalls – 1 hour
2009 – Arizona Public Defender Association Seventh Annual Statewide Conference –
         18 hours
2009 – Effects of Computer Related Evidence – 1 hour
2010 – Capital Case Defense Seminar – 18 hours
2010 – National Expert Witness Association Conference – 18 hours
2010 – Amendments to Federal Rule 26 – 1 hour
2011 – Capital Case Defense Seminar – 22.5 hours
2011 – Fidler Institute on Criminal Justice – 6 hours
2011 – National Black Police Association, Regional Education Conference – 2 hours
2012 – Capital Case Defense Seminar – 22 hours
2012 – Association of Court Panel Investigator's, Firearms Update – 1 hour
2012 – Association of Court Panel Investigator's, Gang Awareness Update – 1 hour
2013 – Riverside County Public Defender's Office, Forensic Document Examination – 6.5
         Hours
2013 – Capital Case Defense Seminar – 21.5 hours
2013 – Association of Court Panel Investigators, DNA Update – 1 hour
2013 – Association of Court Panel Investigators, Subpoena Service Update – 1 hour
2013 – Riverside County Public Defender's Office, "What all Investigators Need to Know" –
         8 hours
2014 – Capital Case Defense Seminar – 21 hours
2014 – Association of Court Panel Investigators, "Digital Forensics Awareness" – 1hour
2014 – Riverside County Public Defender's Office, "Death Investigation, Everything You
         Need to Know" – 8 hours
2015 – Capital Case Defense Seminar – 21 hours

**EXHIBIT 1 PAGE 32**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 8

2015 – Riverside County Public Defender's Office  – " New Laws and Statues, Social Media and Cell Phones, Attorney/Investigator Relations" – 4 hours
2016 – Capital Case Defense Seminar – 19.75 hours

## AFFILIATIONS

- Member of California Association of Licensed Investigators
- Member of Professional Investigators of California
- Member of National Council of Investigations and Security Services
- Member of World Association of Detectives, Inc.
- Member of Los Angeles County Criminal Defense Investigations Association
- Member of California Attorneys for Criminal Justice
- Member of Los Angeles County Bar Association (non attorney member)
- Member of Criminal Courts Bar Association
- Member of National Association of Criminal Defense Lawyers
- Member of the Forensic Expert Witness Association
- Member of Association of Court Panel Investigators
- Member of Defense Investigators Association
- Past member of the National Forensic Expert Witness Association Board of Directors
- Past President, Forensic Expert Witness Association, Los Angeles, California
- Past Vice President, National Forensic Expert Witness Association
- Past National Educational Chairperson, Forensic Expert Witness Association
- Member of Forensis Group
- Past Member of Southern California Minority Business Development Council, Inc. (Certified Minority Business)
- California Innocence Project

## SPEAKING/TEACHING ENGAGEMENTS

- 2005 – Long Beach, California – National Black Police Association, Spring Regional conference – Keynote Speaker for seminar/workshop on "Private Investigation and Police Procedure Issues"
- 2006 – Manchester, England UK – National Black Police Association International Education and Training Conference – Keynote Speaker for seminar/workshop on "Creating a Private Investigation Firm and Police Procedures"
- 2008 – Wilshire Bar Association – Keynote Speaker on "Ethical Issues in Civil Investigations"
- 2008 – San Fernando Valley Bar Association – Keynote Speaker on "Police Procedures, What To Look For"

**EXHIBIT 1 PAGE 33**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 9

- 2009 – National Forensic Expert Witness Association Conference – Civil Rights Case Presentation – "Winston Hayes v. County of Los Angeles"
- 2009 – Arizona Public Defender Association Seventh Annual Statewide Conference – "Police Procedures and the Use of Force: The Problems"
- 2009 – John M. Langston Bar Association – "Expert Witness at Trial: Find, Prepare and Present"
- 2011 – Phoenix Arizona – National Black Police Association Regional Conference – "Legitimacy v. Legality in the Use of Force"
- 2012 – Association of Los Angeles County Court Private Investigators – "Police Procedure and Use of Force Issues"
- 2013 – Forensic Expert Witness Association – "Expert and Retaining Counsel Roundtable Panel"
- 2013 – Riverside Public Defenders Office – "Police Procedure and Use of Force Issues"
- 2013 – San Diego Public Defenders Office – "Police Procedure and Use of Force Issues"
- 2014 – Association of Los Angeles County Court Private Investigators – "Police Procedure Issues"
- 2014 – Forensic Expert Witness Association – "Courting, Cross Selling and Cross Promoting"
- 2015 – Forensic Expert Witness Association – "Expert Witness Marketing and Business Development"
- 2015 – Scientific Association of Forensic Examiners – "How to Build your Consulting Business"

## CERTIFICATIONS

- P.O.S.T. Basic, Intermediate, Advanced and Supervisor Certificates
- California State Department of Education – Techniques of Teaching Certificate
- Federal Bureau of Investigation – Law Enforcement Instructor Development Certificate
- California Community College Teaching Credential – Lifetime
- Licensed Private Investigator 23399
- Licensed Private Patrol Operator 14771

**EXHIBIT 1 PAGE 34**

Timothy T. Williams, Jr.
Curriculum Vitae
Page 10


AWARDS

⊙  Community and  Law Enforcement Legends Award by the Modie Bell Senior
    Citizens Foundation, with Los Angeles City Council and California State Senate
    recognitions -- November 2009

EXHIBIT 1 PAGE 35

EXHIBIT C

EXHIBIT 1 PAGE 36